UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIDRA B.,[1] | ) |
|                 Plaintiff, | ) ) ) |
| v. | ) No. 23 C 13833 ) |
| MARTIN O'MALLEY,[2] Commissioner of Social Security, | ) Magistrate Judge Appenteng ) ) |
|                 Defendant. | ) ) |

## **ORDER**

This matter coming before the court on an agreed motion, and the court being fully informed, it is hereby:

ORDERED that defendant's agreed motion for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) is granted. The Commissioner's decision is remanded for further administrative proceedings. On remand, the claim will be sent to an administrative law judge who will consider the evidence, including the

---

[1] In accordance with Internal Operating Procedure 22 – Privacy in Social Security Opinions, the Court refers to Claimant only by her first name and the first initial of her last name.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Fed. R. Civ. P. 25(d), Martin O'Malley should, therefore, be substituted for Kilolo Kijakazi as defendant in this suit.

medical opinion evidence, offer plaintiff the opportunity for a new hearing, and issue a new decision.

    E N T E R:

<span style="margin-left:3em">_____<br>
United States Magistrate Judge</span>

Dated: <u>4/5/2024</u>